THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 268(d)(2), SCACR.
THE
 STATE OF SOUTH CAROLINA
In
 The Court of Appeals

 
 
 
 The State, Appellant,
 
 
 
 

v.

 
 
 
 Joe Louis Butler, Jr., Respondent.
 
 
 

Appeal
 From Lexington County
 G.
 Thomas Cooper, Jr., Circuit Court Judge

Unpublished
 Opinion No. 2012-UP-187
 Heard
 February 15, 2012  Filed March 14, 2012

AFFIRMED

 
 
 
 Attorney
 General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant
 Deputy Attorney General S. Creighton Waters, all of Columbia; and Solicitor Donald
 V. Myers, of Lexington, for Appellant.
 Benjamin
 Allen Stitely and Robert T. Williams, Sr., both of Lexington, for Respondent.
 
 
 

PER CURIAM:  The State appeals the ruling of the
 trial court granting Joe Louis Butler, Jr. a new trial following his conviction
 for lewd act on a minor.  We affirm pursuant to Rule 220(b)(1), SCACR, and the
 following authorities:  State v. Bantan, 387 S.C. 412, 417, 692 S.E.2d
 201, 203 (Ct. App. 2010) ("The decision to grant or deny a mistrial is
 within the sound discretion of the trial court and will not be overturned on
 appeal absent an abuse of discretion amounting to an error of law.");  id. at 423, 692 S.E.2d at 206 (holding that when determining whether any juror
 misconduct has improperly influenced the jury, the trial court is in the best
 position to determine the credibility of the jurors and should be granted broad
 deference on the issue); State v. Kelly, 331 S.C. 132, 142, 502 S.E.2d 99,
 104 (1998) (holding that "[g]enerally, the determination of whether
 extraneous material received by a juror during the course of the trial is prejudicial
 is a matter for determination by the trial court").
AFFIRMED.
WILLIAMS,
 THOMAS, and LOCKEMY, JJ., concur.